**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF OREGON

Case number *(if known)* _____ Chapter **7**

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Wizard, LLC** |

| | | |
|---|---|---|
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | **DBA  Einstein Pros**<br>**DBA  Grizzley Ventures LLC**<br>**FDBA  Kburn Construction LLC**<br>**DBA  Einstein Pros Plumbing Heating & Cooling** |

| | | |
|---|---|---|
| 3. | Debtor's federal Employer Identification Number (EIN) | **80-0405227** |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **68230 Clausen Rd.**<br>**Bend, OR 97701**<br>Number, Street, City, State & ZIP Code | **5150 NE Loucks Rd.**<br>**Madras, OR 97741**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Deschutes**<br>County | Location of principal assets, if different from principal place of business<br>**68230 Clausen Rd. Bend, OR 97702**<br>Number, Street, City, State & ZIP Code |

5. Debtor's website (URL) _____

6. Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Case 23-32976-thp7   Doc 1   Filed 12/21/23

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☒ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
|---|---|---|---|
| District | _____ When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.    Insurance agency _____
Contact name _____
Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Case 23-32976-thp7    Doc 1    Filed 12/21/23

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ■ $500,001 - $1 million

- ☐ $10,000,001 - $50  million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Case 23-32976-thp7    Doc 1    Filed 12/21/23

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **December 21, 2023**
                 MM / DD / YYYY

**X** **/s/ Christopher Kent Raburn**                  **Christopher Kent Raburn**
      Signature of authorized representative of debtor             Printed name

Title    **Owner**

**18. Signature of attorney**

**X** **/s/ Andrew Harris**                      Date   **December 21, 2023**
      Signature of attorney for debtor                        MM / DD / YYYY

**Andrew Harris**
Printed name

**Law Office of Andrew Harris**
Firm name

**327 NW Greenwood Ave., Ste. 101**
**Bend, OR 97703**
Number, Street, City, State & ZIP Code

Contact phone   **(541) 318-7112**      Email address   **bendlawyer@yahoo.com**

**102120 OR**
Bar number and State

Case 23-32976-thp7    Doc 1    Filed 12/21/23

# United States Bankruptcy Court
### District of Oregon

In re  **Wizard, LLC** _____  Case No. _____
_____
Debtor(s)          Chapter     **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ...................................  $ _____ **3,200.00**

   Prior to the filing of this statement I have received ...................  $ _____ **3,200.00**

   Balance Due ........................................................................  $ _____ **0.00**

2.  $ __**338.00**__ of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**December 21, 2023** _____      **/s/ Andrew Harris** _____
_Date_                                          **Andrew Harris**
                                                _Signature of Attorney_
                                                **Law Office of Andrew Harris**
                                                **327 NW Greenwood Ave., Ste. 101**
                                                **Bend, OR 97703**
                                                **(541) 318-7112   Fax: (541) 647-2653**
                                                **bendlawyer@yahoo.com**
                                                _Name of law firm_

---

**Fill in this information to identify the case:**

Debtor name    **Wizard, LLC**

United States Bankruptcy Court for the:   DISTRICT OF OREGON

Case number (if known) _____

☐ Check if this is an
    amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 21, 2023**     *X* **/s/ Christopher Kent Raburn**
                                            Signature of individual signing on behalf of debtor

                                            **Christopher Kent Raburn**
                                            Printed name

                                            **Owner**
                                            Position or relationship to debtor

Fill in this information to identify the case:

Debtor name  **Wizard, LLC**

United States Bankruptcy Court for the:  DISTRICT OF OREGON

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*...................................................................................................   $ _____**0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..............................................................................................   $ _____**256,225.00**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................................   $ _____**256,225.00**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................   $ _____**75,260.00**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................   $ _____**0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................   +$ _____**825,394.00**

4.  **Total liabilities** ............................................................................................................
   Lines 2 + 3a + 3b

   $ _____**900,654.00**

Case 23-32976-thp7    Doc 1    Filed 12/21/23

**Fill in this information to identify the case:**

Debtor name    **Wizard, LLC**

United States Bankruptcy Court for the:    DISTRICT OF OREGON

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

■ No. Go to Part 2.
☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

     **Debtor took over business office lease when bought the business, believes there's a**
7.1.    **$6,000 security deposit (will be offset by lease non-assumption).**      **$6,000.00**

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.    **Total of Part 2.**      **$6,000.00**
Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:    **14,300.00**  -  **0.00** = ....    **$14,300.00**
     face amount      doubtful or uncollectible accounts

Case 23-32976-thp7    Doc 1    Filed 12/21/23

Debtor  **Wizard, LLC**                                    Case number *(If known)* _____
        <sub>Name</sub>

11a. 90 days old or less:        276,000.00      -        42,000.00      = ....        $234,000.00
                          <u>face amount</u>          <u>doubtful or uncollectible accounts</u>

---

12.    **Total of Part 3.**                                                    | $248,300.00 |
       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:    Investments**

13. **Does the debtor own any investments?**

   ■ No.  Go to Part 5.
   ☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ■ No.  Go to Part 6.
   ☐ Yes Fill in the information below.

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No.  Go to Part 8.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** <br> approx 6 desks and chairs | $0.00 | | Unknown |
| 40.  **Office fixtures** | | | |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software** <br> Printer - Brother L8900 | $0.00 | N/A | $425.00 |
| approx 4 desktops left in office, no phone equipment | $0.00 | | Unknown |

42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
      books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
      collections; other collections, memorabilia, or collectibles

43.   **Total of Part 7.**                                                    | $425.00 |
      Add lines 39 through 42.  Copy the total to line 86.

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**

■ No

☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.

■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2013 Isuzu truck Loan # ending in 4903** | $0.00 | N/A | Unknown |
| 47.2.  **2015 Ford Transit van** | $0.00 | | Unknown |
| 47.3.  **2018 Dodge Ram Van Promaster  VIN ending in 6141** | $0.00 | | Unknown |
| 47.4.  **2017 Dodge Ram Promaster** | $0.00 | | Unknown |
| 47.5.  **2022 Ford F250** | $0.00 | | Unknown |
| 47.6.  **2009 Isuzu Truck, VIN ending in 1439, no lien** | $0.00 | | Unknown |
| 47.7.  **2005 Chevy Pickup C4C  VIN ending 4140, no lien** | $0.00 | | Unknown |
| 47.8.  **2011 Isuzu truck VIN ending in 5506, no lien** | $0.00 | | Unknown |
| 47.9.  **2003 Ford Van EC1  VIN ending in 3950, no lien** | $0.00 | | Unknown |
| 47.10.  **2003 Isuzu truck NPR VIN ending in 6879, no lien** | $0.00 | | Unknown |
| 47.11.  **2016 Ford Van TCN VIN ending in 4947, no lien** | $0.00 | | Unknown |
| 47.12.  **2002 Ford Pickup F15 VIN ending in 7347, no lien** | $0.00 | | Unknown |

| | | | |
|---|---|---|---|
| 47.13 · | **2011 GMC SAV, 230,000+ miles VIN ending in 2040, no lien** | $0.00 | **Unknown** |
| 47.14 · | **2001 Ford Pickup F55 VIN ending in 5225, no lien** | $0.00 | **Unknown** |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
**various handtools, etc.**      $0.00      $1,500.00

51.    **Total of Part 8.**                  $1,500.00

Add lines 47 through 50. Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71.    **Notes receivable**
Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

Case 23-32976-thp7    Doc 1    Filed 12/21/23

| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| | **Owner of Wizard LLC & Grizzley Ventures LLC Christopher Kent Raburn believes he might have a case against Anthony Curci, who sold business/es to him on 6/1/23.** | **Unknown** |
| | **Nature of claim**      False Representation/Fraud | |
| | **Amount requested**                 **$0.00** | |

| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** |

| 76. | **Trusts, equitable or future interests in property** |

| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership |

| 78. | **Total of Part 11.** | **$0.00** |
| | Add lines 71 through 77. Copy the total to line 90. | |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Case 23-32976-thp7    Doc 1    Filed 12/21/23

| Part 12: | Summary |
|----------|---------|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|------------------|-----------------------------------|-------------------------------|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $6,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $248,300.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $425.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $256,225.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $256,225.00 |

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property 12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **First Interstate Bank**<br>Creditor's Name<br><br>**Corporation Service Co., Reg. Agent**<br>**1127 Broadway St. NE, Ste. 310**<br>**Salem, OR 97301**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**2013 Isuzu truck Loan # ending in 4903** | **$14,830.00** | **Unknown** |

Creditor's email address, if known

Describe the lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number 4903**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

| | | | |
|---|---|---|---|
| **2.2** **First Interstate Bank**<br>Creditor's Name<br><br>**Corporation Service Co., Reg. Agent**<br>**1127 Broadway St. NE, Ste. 310**<br>**Salem, OR 97301**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**2015 Ford Transit van** | **$16,437.00** | **Unknown** |

Creditor's email address, if known

Describe the lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

Case 23-32976-thp7   Doc 1   Filed 12/21/23

**5031**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **First Interstate Bank** | Describe debtor's property that is subject to a lien | $3,840.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**Corporation Service Co., Reg. Agent**
**1127 Broadway St. NE, Ste. 310**
**Salem, OR 97301**

Creditor's mailing address

**2018 Dodge Ram Van Promaster  VIN ending in 6141**

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**8018**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.4 | **First Interstate Bank** | Describe debtor's property that is subject to a lien | $2,094.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**Corporation Service Co., Reg. Agent**
**1127 Broadway St. NE, Ste. 310**
**Salem, OR 97301**

Creditor's mailing address

**2017 Dodge Ram Promaster**

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**8019**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.5 | **First Interstate Bank** | Describe debtor's property that is subject to a lien | $37,634.00 | Unknown |
|---|---|---|---|---|

Case 23-32976-thp7    Doc 1    Filed 12/21/23

Creditor's Name

**Corporation Service Co.,
Reg. Agent
1127 Broadway St. NE, Ste.
310
Salem, OR 97301**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**8070**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**2022 Ford F250**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Printer Resources & Recycling** |

Creditor's Name

**2669 NE Twin Knolls Dr.
#205
Bend, OR 97701**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Printer - Brother L8900**

**Describe the lien**
**pmsi**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

$425.00     $425.00

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$75,260.00**

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

| Fill in this information to identify the case: |

Debtor name **Wizard, LLC**

United States Bankruptcy Court for the: DISTRICT OF OREGON

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**IRS**
**PO Box 21126**
**Philadelphia, PA 19114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**precautionary notice, possible 2023 taxes owed**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**ODR Bankruptcy**
**955 Center St. NE**
**Salem, OR 97301-2555**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**precautionary notice, possible 2023 tax debt**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

Case 23-32976-thp7    Doc 1    Filed 12/21/23

| Debtor | **Wizard, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $845.00 |
|---|---|---|

**A-Core Concrete Specialists of OR**
**124 SE 9th St. #1**
**Bend, OR 97702**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  misc. business debt, est. balance

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $76.00 |
|---|---|---|

**Airgas LLC**
**63051 Pleateu Dr.**
**Bend, OR 97701**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  business expenses, est. balance

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,947.00 |
|---|---|---|

**American Express**
**Attn: Bankruptcy/Collections Dept**
**PO Box 981537**
**El Paso, TX 79998**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  business credit card, est. balance

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|

**Anthony Curci**
**3592 NW Oak Ave.**
**Redmond, OR 97756**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  precautionary notice

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,859.00 |
|---|---|---|

**Aramark Uniform Services**
**2000 SW Badger Ave.**
**Redmond, OR 97756**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  business debt, est. balance

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $633.00 |
|---|---|---|

**Bend Express Lube**
**696 NE Greenwood Ave.**
**Bend, OR 97701**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  vehicle expenses

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,000.00 |
|---|---|---|

**Bend Radio Group**
**345 SW Cyber Dr, Ste 101**
**Bend, OR 97702**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  advertising expenses, est. balance

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 23-32976-thp7     Doc 1     Filed 12/21/23

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,000.00 |
|---|---|---|---|

**Carson Oil Co.**
**c/o Ceco, Inc.**
**Kar Agent and Service Co., LLC**
**520 SW Yamhill St., Ste. 600**
**Portland, OR 97204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **business expenses, est. balance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,500.00 |
|---|---|---|---|

**Cartvertising at Indoor Media**
**1445 Langham Creek Dr.**
**Houston, TX 77084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business advertising, est. balance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $95,000.00 |
|---|---|---|---|

**Channel Partners Capital, LLC**
**10900 Wayzata Blvd, Suite 300**
**Hopkins, MN 55305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **note loan, est. balance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $57,416.00 |
|---|---|---|---|

**Consolidated Supply Co.**
**Karla Hockley, Reg. Agent**
**7337 SW Kable Ln.**
**Portland, OR 97224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **plumbing supplies, est. balance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Construction Contractors Board**
**700 Summer St. NE, Suite 300**
**PO Box 14140**
**Salem, OR 97309-5052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **precautionary notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $363.00 |
|---|---|---|---|

**Cuna Mutual Group**
**PO Box 391**
**Madison, WI 53701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **401k plan dues**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,382.00 |
|---|---|---|---|

**Ed Staub & Sons**
**David Staub, Reg. Agent**
**1301 Esplanade Ave**
**Klamath Falls, OR 97601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **business expenses, est. balance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 23-32976-thp7   Doc 1   Filed 12/21/23

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,561.00 |
|---|---|---|---|

**Ferguson Enterprises, LLC**
**c/o Mark A. Kirkorsky, P.C.**
**1119 W. Southern Ave, Ste. 200**
**Mesa, AZ 85210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  unsecured business debt, est. balance

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,064.00 |
|---|---|---|---|

**First Interstate Bank**
**Corporation Service Co., Reg. Agent**
**1127 Broadway St. NE, Ste. 310**
**Salem, OR 97301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  unsecured term Loan

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $151,305.00 |
|---|---|---|---|

**First Interstate Bank**
**PO Box 30918**
**Billings, MT 59116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  unsecured line of credit, est. balance

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $129,950.00 |
|---|---|---|---|

**Gensco, Inc.**
**c/o Sussman Shank LLP**
**Attn: Multnomah Case #23CV47470**
**1000 SW Broadway, Ste. 1400**
**Portland, OR 97205-3089**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Plaintiff in Multnomah County Case #23CV47470, est.
balance.

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**Jamis Tolliver**
**65380 Tweed Rd.**
**Bend, OR 97703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  possible wages, est. balance

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**John Schweizer Living Trust &**
**Charlene Schweizer Living Trust**
**c/o Fratzke Property Management**
**963 SW Simpson Ave., Ste. 220**
**Bend, OR 97702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  office/business lease termination

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |
|---|---|---|---|

**K1 Speed, Inc.**
**Corporation Service Co., Reg. Agent**
**1127 Broadway St. NE, Ste. 310**
**Salem, OR 97301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  advertising expenses, est. balance

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 23-32976-thp7    Doc 1    Filed 12/21/23

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00** |

**KNLR Radio Advertising**
**PO Box 7408**
**Bend, OR 97708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

**Basis for the claim:** __advertising expenses, est. balance__

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$182,416.00** |

**Libertas Funding, LLC**
**c/o Avi Faskowitz**
**61-43 186th St., Ste. 207**
**Fresh Meadows, NY 11365**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

**Basis for the claim:** __future receivables__

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Multnomah County Circuit Court Clerk**
**Attn: Case #23CV47470**
**1021 SW Fourth Ave.**
**Portland, OR 97204-1123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

**Basis for the claim:** __Notice__

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$135.00** |

**Pacific Power**
**Attn: 54438093-001 3**
**PO Box 26000**
**Portland, OR 97256-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

**Basis for the claim:** __utility__

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$315.00** |

**Paychex**
**Attn: Client #0090-13109972**
**1175 John St.**
**West Henrietta, NY 14586-9199**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

**Basis for the claim:** __payroll/401k administration, est. balance__

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,764.00** |

**Sun Forest Construction**
**PO Box 159**
**Bend, OR 97709**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _____

**Basis for the claim:** __business debt from prior to debtor obtaining business, est. balance__

Last 4 digits of account number _____

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**The Smart Choice Franchising, LLC**
**694 N Larch St. Unit 172**
**Sisters, OR 97759**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

**Basis for the claim:** __precautionary notice__

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

Case 23-32976-thp7   Doc 1   Filed 12/21/23

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $363.00 |
|---|---|---|---|

**TruStage**
**PO Box 4653**
**Carol Stream, IL 60197-4653**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Business 401k plan fees, est. balance__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |
|---|---|---|---|

**U.S. Small Business Administration**
**409 3rd St. SW**
**Washington, DC 20416**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __unsecured loan, est. balance (non-transferable,__
__should not have gone to debtor).  UCC Filing #92364599, 7/11/20.__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**Verizon Wireless**
**Bankruptcy Adminstration**
**500 Technology Dr., Ste. 550**
**Weldon Spring, MO 63304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __phone/cellular, est. balane__

Is the claim subject to offset? ■ No  ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Airgas, LLC**<br>**PO Box 93500**<br>**Long Beach, CA 90809-3500** | Line **3.2**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Aramark Uniform & Career Apparel**<br>**CT Corporation System, Reg. Agent**<br>**780 Commercial St. SE, Ste. 100**<br>**Salem, OR 97301-3465** | Line **3.5**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Cuna Mutual Group**<br>**PO Box 391**<br>**Madison, WI 53701** | Line **3.29**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Daniel Johnson**<br>**69223 Crooked Horseshoe Rd.**<br>**Sisters, OR 97759** | Line **3.28**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Ed Staub & Sons**<br>**c/o Ericore, Carrie Johnson**<br>**10115 Kincey Ave., Ste. 100**<br>**Huntersville, NC 28078** | Line **3.14**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Ferguson Enterprises, LLC**<br>**751 Lakefront Commons**<br>**Newport News, VA 23606** | Line **3.15**<br><br>☐ Not listed. Explain ____ | _ |

Case 23-32976-thp7   Doc 1   Filed 12/21/23

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.7 | **Gensco, Inc.**<br>**Attn: Multnomah Case #23CV47470**<br>**Duane Hendrickson, Reg. Agent**<br>**2270 NE Argyle St.**<br>**Portland, OR 97211** | Line **3.18**<br><br>☐ Not listed. Explain _____ | _ |
| 4.8 | **IndoorMedia, Inc.**<br>**Business Filings Inc., Reg. Agent**<br>**780 Commercial St. SE, Ste. 100**<br>**Salem, OR 97301** | Line **3.9**<br><br>☐ Not listed. Explain _____ | _ |
| 4.9 | **Libertas Funding, LLC**<br>**Ontario Cty Index #137640-2023**<br>**411 West Putnam Ave., Ste. 220**<br>**Taftville, CT 06380** | Line **3.23**<br><br>☐ Not listed. Explain _____ | _ |
| 4.10 | **Libertas Funding, LLC**<br>**Ontario Cty Index #137640-2023**<br>**65 W 36th St., 5th Floor**<br>**New York, NY 10018** | Line **3.23**<br><br>☐ Not listed. Explain _____ | _ |
| 4.11 | **NW Karts, LLC**<br>**Butch Roberts, Reg. Agent**<br>**20775 High Desert Ln.**<br>**Bend, OR 97701** | Line **3.21**<br><br>☐ Not listed. Explain _____ | _ |
| 4.12 | **Ontario County Court Clerk**<br>**Ontario Cty Index #137640-2023**<br>**20 Ontario St.**<br>**Canandaigua, NY 14424** | Line **3.23**<br><br>☐ Not listed. Explain _____ | _ |
| 4.13 | **Peak Franchise Law**<br>**Ryan D Smith, Attorney & Owner**<br>**PO Box 1112**<br>**Sherwood, OR 97140** | Line **3.28**<br><br>☐ Not listed. Explain _____ | _ |
| 4.14 | **Peak Franchise Law**<br>**Ryan Smith, Attorney**<br>**PO Box 1382**<br>**American Fork, UT 84003** | Line **3.28**<br><br>☐ Not listed. Explain _____ | _ |
| 4.15 | **U.S. Small Business Admin.**<br>**10737 Gateway West #300**<br>**El Paso, TX 79935** | Line **3.30**<br><br>☐ Not listed. Explain _____ | _ |

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. | + $ | 825,394.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 825,394.00 |

Case 23-32976-thp7    Doc 1    Filed 12/21/23

Fill in this information to identify the case:

Debtor name     **Wizard, LLC**

United States Bankruptcy Court for the:     DISTRICT OF OREGON

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest | **Building/office lease between Trust and Wizard LLC, dba Einstein Pros Plumbing Heating & Cooling. Premises address is 63820 Clausen Dr., Ste. 201, Bend, OR 97701. Lease expires September 30, 2032, unless sooner terminated.** | |
| State the term remaining | **expires 9/30/2032** | **John Schweizer Living Trust & Charlene Schweizer Living Trust c/o Fratzke Property Management 963 SW Simpson Ave., Ste. 220 Bend, OR 97702** |
| List the contract number of any government contract | _____ | |

Case 23-32976-thp7    Doc 1    Filed 12/21/23

Fill in this information to identify the case:

Debtor name **Wizard, LLC**

United States Bankruptcy Court for the: DISTRICT OF OREGON

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                   12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Christopher Kent Raburn** | **5150 NE Loucks Rd. Madras, OR 97741** | **Gensco, Inc.** | ☐ D ____<br>■ E/F __3.18__<br>☐ G ____ |
| 2.2 | **Christopher Kent Raburn** | **5150 NE Loucks Rd. Madras, OR 97741** | **Libertas Funding, LLC** | ☐ D ____<br>■ E/F __3.23__<br>☐ G ____ |

Case 23-32976-thp7    Doc 1    Filed 12/21/23

Fill in this information to identify the case:

Debtor name  **Wizard, LLC**

United States Bankruptcy Court for the:  DISTRICT OF OREGON

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

### Part 1:  Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $917,685.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|
   | | |

### Part 2:  List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|
   | | | | |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

   | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
   |---|---|---|---|
   | | | | |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3: Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Gensco, Inc. vs Grizzley Ventures LLC , Wizard, LLC , Christopher Kent Raburn 23CV47470** | **Breach of Contract** | **Multnomah County Circuit Court Clerk**<br>**Attn: Case #23CV47470**<br>**1021 SW Fourth Ave.**<br>**Portland, OR 97204-1123** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **LIBERTAS FUNDING, LLC VS WIZARD, LLC DBA EINSTEIN PROS,**<br>**KBURN CONSTRUCTION, LLC, GRIZZLEY VENTURES LLC,**<br>**CHRISTOPHER KENT RABURN AKA,**<br>**CHRISTOPHER RABURN,**<br>**Index #137640-2023** | **Breach of Contract** | **Ontario County Court Clerk**<br>**Index #137640-2023**<br>**20 Ontario St.**<br>**Canandaigua, NY 14424** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4: Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5: Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss  If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.  List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **Debtor was notified by Fratzke property management that on or just before 11/22/23 someone opened the front door of the Einstein Plumbing suite with a pry bar or something similar.  Debtor inspected property and found that plumbing tools were stolen (nothing on the heating & cooling side).  Some office supplies and possibly a printer was stolen as well.** | | **approx 11/22/23** | **Unknown** |

---

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**
     List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

|  | Who was paid or who received the transfer?  Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Law Office of Andrew Harris 327 NW Greenwood Ave., Ste. 101 Bend, OR 97703** | **Attorney Fees $3200 Filing Fees $338** | **10/19/23** | **$3,538.00** |
|  | Email or website address **bendlawyer@yahoo.com** | | | |
|  | Who made the payment, if not debtor? | | | |

---

12. **Self-settled trusts of which the debtor is a beneficiary**
     List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
     Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
     List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**   Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:**   Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:**   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **First Interstate Bank Corporation Service Company, Reg. Agent 1127 Broadway St. NE, Ste. 310 Salem, OR 97301** | XXXX- | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other **3 business checking accounts** | **early November, all funds were put into new accounts at Mid Oregon** | $0.00 |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.   Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

Case 23-32976-thp7   Doc 1   Filed 12/21/23

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **n/a - Quickbooks only** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Quickbooks-Trustee will be given acces** | |
| 26c.2.   **Ken Smith, EA, LTC**<br>**61396 S. Hwy. 97, Ste. 225**<br>**Bend, OR 97702** | **Since debtor only owned Wizard LLC & Grizzley LLC for about 5 months, no records or taxes outside of what is in Quickbooks. Quickbooks access has been provided to Ken Smith, EA, LTC to get an idea of any tax liabilities (appear to be $0 due to a net loss totaling over $200,000 for business/es).** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people**

Case 23-32976-thp7     Doc 1     Filed 12/21/23

**in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Christopher Kent Raburn | 5150 NE Loucks Rd. Madras, OR 97741 | Owner of Wizard LLC & Grizzley Ventures LLC since 06/21/23. | 100% (since bought business/es from Anthony Curci on 6/1/23) |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Anthony Curci | 3592 NW Oak Ave. Redmond, OR 97756 | Debtor bought the business (Wizard LLC & Grizzley Ventures LLC) from prior owner, Anthony Curci on 6/1/23. | Wizard, LLC was formed 4/27/09 in Nevada and Mr. Curci owned until sold to debtor on 6/1/23. Grizzley Ventures LLC, an Oregon LLC, was formed on 02/01/22. |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Case 23-32976-thp7    Doc 1    Filed 12/21/23

**Part 14:**   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December 21, 2023**

**/s/ Christopher Kent Raburn**                              **Christopher Kent Raburn**
Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor   **Owner**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

Case 23-32976-thp7     Doc 1     Filed 12/21/23

# United States Bankruptcy Court
## District of Oregon

In re  **Wizard, LLC** _____  Case No. _____

Debtor(s)  Chapter  **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Owner of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **December 21, 2023** _____  **/s/ Christopher Kent Raburn** _____

**Christopher Kent Raburn**/**Owner**
Signer/Title

# United States Bankruptcy Court
## District of Oregon

In re   **Wizard, LLC** _____

                                   Debtor(s)

Case No. _____

Chapter    **7** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __**Wizard, LLC**__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**December 21, 2023**
_____
Date

**/s/ Andrew Harris**
_____
**Andrew Harris**
Signature of Attorney or Litigant
Counsel for    **Wizard, LLC**
_____
**Law Office of Andrew Harris**
**327 NW Greenwood Ave., Ste. 101**
**Bend, OR 97703**
**(541) 318-7112 Fax:(541) 647-2653**
**bendlawyer@yahoo.com**